[Nos. 13268–1–II; 13549–3–II.   Division Two.   July 17, 1991.]

JOHN GOYETTE, *Appellant,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, ET AL,
*Respondents.*

JOHN GOYETTE, *Respondent,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES,
*Appellant.*

Appeals from judgments of the Superior Court for Kitsap
County, No. 87–2–01635–0, Karen B. Conoley, J., entered
September 22 and December 27, 1989. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick,
C.J., and Petrich, J.

[No. 12406–8–II.   Division Two.   July 17, 1991.]

PETER J. HODGES, ET AL, *Plaintiffs,* LARRY F. NELSON,
ET AL, *Appellants,* v. SHARON WAGNER,
*Individually and as Guardian,*
*Respondent.*

Appeal from a judgment of the Superior Court for Clark
County, No. 86–2–01756–2, Robert L. Harris, J., entered
October 21, 1988. *Affirmed* by unpublished opinion per
Alexander, J., concurred in by Petrich, A.C.J., and Morgan,
J.

[No. 10731–1–III.   Division Three.   July 18, 1991.]

ERVIN WAGNER, ET AL, *Respondents,* v. ROBERT L.
HOPP, ET AL, *Respondents,* WARREN WEISHAAR,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Lincoln County, No. 88–2–00072–8, Philip W. Borst, J.,
entered March 14, 1990. *Reversed* by unpublished opinion
per Munson, J., concurred in by Green, C.J., and Thompson, J.